**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **RICHARD CHRISTOPHER BURDICK,** | § | |
| **Petitioner,** | § | |
| | § | |
| **v.** | § | **Civil Action No. 3:05-CV-1446-M** |
| | § | |
| **NATHANIEL QUARTERMAN, Director,** | § | |
| **Texas Department of Criminal Justice,** | § | |
| **Correctional Institutions Division,** | § | |
| **Respondent.** | § | |

**ORDER ACCEPTING FINDINGS AND RECOMMENDATION**
**OF THE UNITED STATES MAGISTRATE JUDGE**

On October 31, 2007, United States Magistrate Judge Irma Carrillo Ramirez made

Findings and a Recommendation. No objections were filed. The Court thus reviews the

Findings and Recommendation for plain error. Finding no plain error, the Court accepts the

Findings and Recommendation of the United States Magistrate Judge.

IT IS THEREFORE ORDERED that the Findings and Recommendation of the United

States Magistrate Judge are accepted.

**SIGNED this 26th day of November, 2007.**

BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF TEXAS